ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

UNDER SEAL

# United States District Court
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

JALAL HAJAVI

**CRIMINAL COMPLAINT**

Case Number: 1:19-MJ-0129

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 25, 2015, in Cobb County, in the Northern District of Georgia, defendant JALAL HAJAVI did combine, conspire, confederate, agree, and have a tacit understanding with others to buy and facilitate the transportation and sale of an Ingersoll Rand Crawler Mounted Rotary Blasthole drill, model DM45E, knowing the same to be intended for exportation contrary to any law and regulation of the United States, to wit, Title 50, United States Code, § 1705(a), in violation of Title 18, United States Code, § 554;

in violation of Title 18 United States Code, § 371.

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

Signature of Complainant
Ariel Leinwand

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

February 20, 2019                              at    Atlanta, Georgia
Date                                                 City and State

CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                   Signature of Judicial Officer
AUSA Brian Pearce / 2015R00000

# AFFIDAVIT

1. I, Special Agent Ariel Leinwand, U.S. Department of Commerce ("DOC"), Bureau of Industry and Security ("BIS"), being first duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

2. I am employed as the Resident Agent in Charge of the Department of Commerce, Bureau of Industry and Security, Atlanta Resident Office, and have been employed in that capacity since September 2014. I am empowered by law to investigate and make arrests for offenses involving the unlawful export of goods and technology to destinations outside the United States. Prior to this, I was employed as a Special Agent with the Department of Homeland Security, Immigration and Customs and Enforcement from January 2009 to September 2014; and as a Special Agent with the DOC-BIS from August 2006 to January 2009. In both my prior positions I was also responsible for the enforcement of federal laws relating to the unlawful export of goods and technology from the United States.

3. I have personally conducted and/or assisted in investigations of criminal acts involving violations of 50 U.S.C. § 1705, the International Emergency Economic Powers Act ("IEEPA"), 18 U.S.C. § 554, Smuggling, 31 C.F.R. Part 560, the Iranian Transactions Regulations, 18 U.S.C. § 371, Conspiring to defraud the United States, and 13 U.S.C. § 305, Unlawful Export Information Activities.

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information I obtained from various law enforcement agents and others. Because this affidavit is being submitted for the limited purpose of establishing

1

probable cause, I have not included in this affidavit every detail of every aspect of the investigation. Rather, I have set forth facts that I believe are sufficient to establish probable cause for the issuance of the requested arrest warrant. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only. This affidavit is intended to show that there is probable cause to charge Jalal HAJAVI with conspiring to violate 18 U.S.C. § 554- Smuggling Goods from the United States, in violation of 18 U.S.C. § 371, among other offenses. This affidavit does not set forth all of my knowledge and facts of this investigation.

## PROBABLE CAUSE

### Background of the Investigation

5. Jalal HAJAVI is a lawful permanent resident of the U.S. and applicant for U.S. citizenship. He was born in Iran in 1963. There is no record of HAJAVI renouncing his Iranian citizenship, and your Affiant therefore believes it is likely he continues to be a citizen of Iran.

6. On August 26, 2014, BIS Special Agent (SA) Stasulli Korb met with Jalal HAJAVI, owner of JSH Heavy Equipment (JSH), at his residence and place of business at the time, 10310 Baltusrol Place, Bradenton, Florida 34202. HAJAVI stated that he established his business in 2008 at this location, which was also his residence, and is the only employee. He further stated that he buys and sells used heavy equipment for construction, such as wheel loaders and bobcats. SA Stasulli Korb and HAJAVI discussed Export Administration regulations. HAJAVI said that he knows that shipments cannot go to an embargoed country. HAJAVI said that he is from Iran and is aware of the regulations.

SA Stasulli Korb gave her business card to HAJAVI. HAJAVI gave her his email address, jalalhajavi@yahoo.com.

7. On or about September 30, 2014, SA Stasulli Korb emailed HAJAVI at jalalhajavi@yahoo.com. The email contained Project Outreach materials which explain federal export laws and regulations, where to research them, and the roles and responsibilities of parties involved in exports. The materials also contained information about embargoed countries and lists of persons and parties restricted from receiving U.S. exports.

8. On March 17, 2015, BIS's Washington Field Office obtained search warrants on Google email accounts razaghzadeh@gmail.com and sara.gulf.fze@gmail.com, and Yahoo email account hossein_far1964@yahoo.com, stemming from an investigation involving the diversion of various U.S. origin goods from the United States to Iran in violation of Iran Sanctions. The search warrants were issued by the Honorable Pamela Meade Sargent, U.S. Magistrate Judge, United States District Court for the Western District of Virginia (WDVA).

9. Emails obtained through the WDVA email search warrants revealed that Jalal HAJAVI has an ongoing relationship with Reza MAGHSOUDI involving unlawful exports to Iran. The emails reflect that HAJAVI facilitates the purchase and export of industrial equipment from the United States through the United Arab Emirates to Iran for MAGHSOUDI.

10. On September 14, 2016, SA Conley conducted an open source search of MAGHSOUDI's email account rmaghsoudi@yahoo.com. The search revealed that MAGHSOUDI's company, AYPA Co., is registered as an Iranian business with the Tehran Chamber of

Commerce, Industries, Mines and Agriculture and located in Tehran, Iran, with rmaghsoudi@yahoo.com as the associated email address. Open source searches further show that MAGHSOUDI is a common surname in Iran.

11. In several of the emails obtained through the WDVA search warrant, MAGHSOUDI signed his name on several emails and his signature line listed his business as AYPA Co, in Tehran, Iran further identifying his place of business and location.

12. A joint agency investigation was opened in Atlanta, Georgia. The investigation established that HAJAVI first operated JSH out of his then-residence in Florida, moved from Florida to Pennsylvania in 2016, and continues to operate the business from his new residence there. For a fee, JSH purchases used heavy equipment at auctions in the United States and Canada for customers in Iran and ships them from the United States to such customers in Iran. To circumvent U.S. export laws and regulations, and in violation of such laws and regulations, JSH transships through the United Arab Emirates (UAE) and creates fraudulent export documentation misrepresenting that the end user or "ultimate consignee" is in the UAE, when in fact such entity is in Iran.

13. A review of financial records obtained in this investigation shows that between January 2013 and October 2016, JSH and HAJAVI received around $6 million USD in wire transfers from overseas banks.

14. Beginning in September, 2016, BIS's Atlanta Resident Office obtained several search warrants on email accounts associated with JSH in the Northern District of Georgia (NDGA). Search Warrants were obtained and executed on Yahoo, Inc. email accounts jalalhajavi@yahoo.com, rmaghsoudi@yahoo.com, mehmadirad@yahoo.com, ali.sh1345@yahoo.com and mabedini2003@yahoo.co.uk, and Google, Inc. email account

nasertrade@gmail.com, sara.gulf.fze@gmail.com and mohammadrezabarmaki@gmail.com. One nexus to this District is that JSH primarily uses freight forwarders based in Marietta, Georgia, to illegally ship heavy machinery to the United Arab Emirates (UAE) for immediate transshipment to Iran. Most recently, on February 27, 2017, email search warrants were issued in this investigation in NDGA for Yahoo, Inc. email accounts jalalhajavi@yahoo.com, mehmadirad@yahoo.com, ali.sh1345@yahoo.com and mabedini2003@yahoo.co.uk, and Google, Inc. email account nasertrade@gmail.com and mohammadrezabarmaki@gmail.com by the Honorable Catherine M. Salinas, U.S. Magistrate Judge.

15. Emails obtained through the NDGA search warrants revealed that HAJAVI has an ongoing relationship with Misagh AGAHI (AGAHI). On or about July 5, 2017, SA Conley conducted an open source search of AGAHI's email account misaghagahi@yahoo.com. The search revealed that this email address is listed as contact information for Apadana Exhibition. According to Google Search, Apadana Exhibition is an Iranian business dealing in heavy equipment and located in Tehran, Iran, with an Iran-hosted web address of www.itft.ir/09131142660.

16. As discussed below in detail, such emails revealed several instances of diversion of goods from the United States to Iran through the UAE involving HAJAVI, AGAHI, and MAGHSOUDI up to February 2017, the most recent execution date for an NDGA email search warrant.

**Transactions**

*DM45E s/n3945*

17. On November 23, 2015, Jalal HAJAVI, using jalalhajavi@yahoo.com, emailed Reza MAGHSOUDI, using rmaghsoudi@yahoo.com, ten photographs of an Ingersoll Rand DM45E Crawler Mounted Rotary Blasthole drill. The subject line of the email was "DM45E s/n3945". Unless otherwise indicated, all references below to HAJAVI using email involve his known email address jalalhajavi@yahoo.com.

18. On December 8, 2015, HAJAVI emailed an invoice to freight forwarder Freight Plus in Marietta, Georgia. HAJAVI asked Freight Plus to book the drill depicted in the invoice from the Port of Brunswick in Georgia to the Port of Jebel Ali in the UAE. The invoice listed the customer as Rassel Dena General Trading, 1st Floor, Off.No.102, Sheikh Rashid Bldg, Al Maktom Road, Deira P.O. Box 39657, Dubai, UAE. The equipment listed was an Ingersoll Rand DM45E drill, serial number 3945, with a value of $73,500.

19. On December 21, 2015, a bank account used by JSH and HAJAVI received an international wire transfer from the UAE in the amount of $77,035 USD. On December 28, 2015, a bank account used by JSH and HAJAVI received an international wire transfer from the UAE in the amount of $8,975 USD, for a total of $86,010 between the two transfers.

20. On January 3, 2016, a Maryam ABDOLII, using marketing1@anbco.net, emailed MAGHSOUDI, using rmaghsoudi@yahoo.com. Unless otherwise indicated, all references below to MAGHSOUDI using email involve this email address. ABDOLLI stated that in order to obtain a timely rate quote, MAGSHOUDI needed to provide details about the shipment, including the commodity, packing, quantity, place of lading, place of

departure, gross weight, dimensions, and freight. ABDOLII's signature line states that she works in the marketing department of ANB shipping Agency Company, website www.anbco.net. On July 13, 2017, SA John Conley reviewed the website www.anbco.net. The website states that ANB Shipping Agency Company is also known as Aram Negin Banader Company Limited, and is located in Tehran, Iran.

21. On January 3, 2016, MAGHSOUDI replied to ABDOLII using the same email addresses. Attached to the email were two photos of the item to be shipped from the Port of Jebel Ali in Dubai, UAE to the Port of Bandar Abbas, Iran and on to Tehran, Iran. The item listed to be shipped is an Ingersoll DM45 drilling machine, the same type of equipment which HAJAVI was arranging with Freight Plus to ship from the United States, as discussed above at paragraph 18. The images in the attached two photos were of a DM45E drilling machine.

22. On January 5, 2016, Freight Plus emailed to HAJAVI a bill of lading and freight invoice for the DM45E drilling machine. The bill of lading listed the Ultimate Consignee of the shipment as Rassel Dana General Trading in the UAE. The item listed is an Ingersoll Rand DM45E, serial number 3945 and the AES ITN: X20151210260728[1]. The invoice number was S00012299/3945, with JSH as the Consignor and Rassel Dana General Trading as the Consignee.

---

[1] United States law mandates that all persons who export items valued over $2,500 and items requiring an export license issued by an appropriate government agency file an EEI, which is the new term for a Shippers Export Declaration ("SED"). An EEI filing is what the shipper files in the Automated Export System ("AES") to notify the U.S. Government that the shipper intends to export an item. "Any person who knowingly fails to file or knowingly submits false or misleading export information through the Shippers Export Declaration (SED) (or any successor document) or the Automated Export System (AES) shall be subject to a fine not to exceed $10,000 per violation or imprisonment for not more than 5 years, or both," *See* 13 U.S.C. § 305.

23. A search of ATS[2] revealed that on January 1, 2016, JSH exported items listed as "Boring Machinery" to Rassel Dina General Trading in the UAE. The listed reference number matches the invoice number (S00012299) Freight Plus gave HAJAVI for the export of the DM45E. The export was filed under ITN: X20151210260728. The value of the shipment was listed as $73,500. The export departed the port of Brunswick, Georgia.

24. On March 7, 2016, MAGHSOUDI sent an email to ayobbyabni@gmail.com. Attached to the email was a shipping document on Rassel Dina letter head, which appears to be provided by Rassel Dina General Trading in the UAE ("Rassel Trading"). The document lists Rassel Trading as the "seller" and Reza MAGHSOUDI, with an address in Tehran, Iran as the "buyer," with a final delivery address of Bandar Abbas, Iran. The item description is listed as a "used crawler drilling machine" originating from the United States with a unit price of $86,500 USD. The invoice date is listed as December 12, 2015. Rassel Trading's address is listed as 102 Al Maktom Bldg, Al Maktom Road, Deira P.O. Box 39657, Dubai, UAE with email address rasldena@yahoo.com. The invoiced price ($86,500) closely matches the total of the two wire transfers sent from the UAE to JSH and HAJAVI in December 2015 ($86,010 USD), as discussed above in paragraph 19.

25. On March 16, 2016, MAGHSOUDI sent an email to himself and copied ayobbyabni@gmail.com. The email contained two attached documents in Farsi, the official and most widely spoken language in Iran. The documents confirm the delivery of one U.S-origin Ingersoll Rand drilling machine from the UAE to Iran.

---

[2] ATS-Outbound is the outbound cargo targeting module of ATS that assists in identifying exports which pose a high risk of containing goods requiring specific export licenses, narcotics, or other contraband or exports that may otherwise be in violation of U.S. law.

8

26. On April 4, 2016, MAGHSOUDI sent an email to ayob129@yahoo.com and copied ayobbyabni@gmail.com. The email contained as an attachment a letter to Iranian Customs arguing about the correct value of the 1994 Ingersoll Rand, model DM45 drilling machine.

27. A review of emails obtained through federal search warrants in this investigation shows that between July 2014 and June 2016, MAGHSOUDI, who is located in Iran, and HAJAVI communicated by email over 180 times about heavy machinery.

### *Caterpillar 988F*

28. As discussed generally at paragraphs 15 and 16 above, HAJAVI also has done business with Misagh AGAHI. Open source searches of his email address indicate that he is an Iranian located in Iran.

29. For example, on or about May 5, 2016, HAJAVI emailed AGAHI at misaghagahi@yahoo.com with the email subject line "988f". Attached to the email is an invoice from Ritchie Bros. Auctioneers (Ritchie Bros.) for the purchase of heavy machinery. The invoice contains the following information: invoice number 201634224706; auction number 2016342; auction date, May 5, 2016; contact name, Jalal Hajavi; item description, a 1994 Caterpillar 988F Wheel Loader with serial number: 8YG00541; total price, $23,031.75; and amount outstand, $23,031.75, among other information.

30. On May 5, 2016, HAJAVI emailed Freight Plus requesting a quote for shipment. Attached to the email was an invoice to Sara Gulf FZE in the UAE for the purchase of a 988F Wheel Loader with serial number 8YG00541 and a value of $24,000. Also attached

9

to the email was Richie Bros. invoice for a 988F Wheel Loader discussed in paragraph 29.

31. On May 9, 2016, a bank account used by JSH and HAJAVI received an international wire transfer from the UAE in the amount of $26,492 USD.

32. On May 12, 2016, HAJAVI received an email from Ritchie Bros. stating that invoice number ending in 24706 was past due and interest would accrue if payment was not received by May 13, 2016. On May 12, 2016, HAJAVI using email account jalalhajavi@yahoo.com forwarded this email to AGAHI, using email account misaghagahi@yahoo.com.

33. On May 15, 2015, HAJAVI wrote a check to Ritchie Bros. in the amount of $21,525. The memo of the check referenced invoice number 201634224706.

34. On or about July 2, 2016, a Wheel Loader with Serial Number: 8YG00541 was exported from the United States from the Port of Brunswick, GA by U.S. Principal Party (USPPI) JSH Heavy Equipment LLC to Ultimate Consignee Sara Gulf FZE located at Unit 409, 131 Discovery Gardens, Dubai, UAE with the Port of Unlading as Jebel Ali, UAE. According to the Electronic Export Information (EEI, see footnote 1), the forwarding agent was Freight Plus. The exporting carrier and vessel was EUKOR Car Carriers Moring [sic] Lilly. The value of the export was listed as $24,000 USD.

35. Between August 2014 and February 2017, AGAHI, who is located in Iran, and HAJAVI communicated by email over 180 times about heavy machinery.

*RP-150-187*

36. On or about December 15, 2016, HAJAVI received an email from IronPlanet, a/k/a Richie Bros., with the subject line: "Confirmation of Sale: 2007 Roadtec RP150 Asphalt

Paver (item #811382)." The email gives the following details: Description: 2007 Roadtec RP150 Asphalt Paver, Serial Number: RP-150-187, Location: North Carolina (Asheville area) Winning Bid: USD $12,000. As discovered from the email search warrant return on HAJAVI's email account, from on or about on December 15, 2016 HAJAVI used IP address 98.115.0.129 four times. A subpoena on the service provider hosting the email account revealed that this IP address shows that it is registered to HAJAVI's current residence in Pennsylvania.

37. On January 17, 2017, BIS Atlanta Special Agents travelled to Brunswick, Georgia to inspect and attach a tracker to a 2007 Roadtec RP150 Paver with serial number RP-150-187. The paver had been purchased and was being shipped by JSH. The freight forwarder being used by JSH was Freight Plus. The listed ultimate consignee was Shoaa Al Shams in the UAE. The EEI for ITN: X20170103226162 with a value of $14,500 shows PAVER S/N:RP-150-187 was exported on or about February 7, 2017 by JSH, using FreightPlus, to the Ultimate Consignee SHOAA in the UAE.

38. On March 22, 2017, the tracker on the PAVER with serial number RP-150-187 reported that the paver arrived at the Port of Jebel Ali in the UAE. The tracker further indicated that the paver remained in the port until March 28, 2017, then moved to the Port of Sharjah in the UAE. The tracker indicated some movement at that port on April 12, 2017. On April 27, 2017, the tracker reported its location as the Port of Bandar Bushehr, Iran.

### *RP150-129*

39. On December 28, 2016, HAJAVI received an email from Rona using email account Rona@meekinsauction.com, with the subject line "Meekins". Attached was a bill of sale

from Lloyd Meekins & Sons Auction Co. in Lumberton, North Carolina. The bill of sale lists HAJAVI as the buyer, buyer number 6324, of a RoadTec RP150 Paver, serial number RP150-129, for $10,000.00.

40. On January 11, 2016, HAJAVI received an email from Rick Shrourou, using rick@shipall.com, subject line "ShipAll – Machinery exporters." The email provides an estimate of $3800 for a shipment on a Roll On/Roll Off (RORO) ship. Shrourou states that he will arrange for the transport of the equipment from Lumberton, North Carolina to Dubai in the UAE through the Port of Jacksonville, Florida.

41. On January 25, 2017, ShipAll emailed HAJAVI an invoice dated January 24, 2017 for $5,577.60 for the transport of equipment discussed in paragraph 39. ShipAll informed HAJAVI that the equipment set sail on January 23, 2017 and was expected to arrive on March 3, 2017.

42. On February 6, 2017, ShipAll emailed HAJAVI confirmed receipt of payment. ShipAll asked HAJAVI for a preferred mailing address for the bill of lading. On or about February 7, 2017, HAJAVI instructed ShipAll to send the bill of lading to 5000 Cornerstone Drive, Apt# 5309, Newtown Square, PA 19073. Through surveillance and other investigation discussed herein, your affiant has determined that this is HAJAVI's current residence.

43. As discovered from the email search warrant return on HAJAVI's email account, from on or about January 11, 2017 to February 27, 2017, HAJAVI used IP address 98.115.0.129 eighty-two times. A subpoena on the service provider hosting the email account revealed that this IP address is registered to HAJAVI's current residence in Pennsylvania.

44. On January 18, 2017, BIS Atlanta Special Agents travelled to Jacksonville, Florida and attached a tracker to the asphalt paver described in paragraph 39. JSH and HAJAVI had purchased this paver and were using Uniworld International Inc. in Orlando, Florida to ship it to Shoaa Al Shams in the UAE.

45. The tracker reported that the paver at the port of Jebel Ali in the UAE on March 1, 2017, and that by March 7, 2017, the paver had arrived at the Port of Bandar Bushehr, Iran.

### *RP18010226*

46. On April 21, 2017, a BIS Atlanta Special Agent travelled to Jacksonville, Florida to attach a tracker to a 1998 Roadtec RP 180 asphalt paver with VIN RP18010226. JSH and HAJAVI had bought the paver and were shipping it to the UAE using freight forwarder Hansen Shipping Agency, Inc. in Marietta, Georgia. The value of the shipment was listed as $9700. The claimed ultimate consignee was Global Alu Steel Company in the UAE.

47. On May 25, 2017, the tracker on this paver reported it to be in the Port of Jebel Ali in the UAE. The tracker showed that on May 30, 2017, the paver moved from there to the Port of Sharjah, UAE, and that on June 10, 2017, the paver was in the Port of Bandar Bushehr, Iran. As of July 12, 2017, the tracker continued to report this location.

### *HAJAVI's Residence and place of business*

48. Through review of emails to and from HAJAVI, surveillance and other investigation, BSI and FBI agents determined that HAJAVI moved to Pennsylvania and continued operating JSH from his new residence at 5000 Cornerstone Dr., Apt#5309, Newtown Square, PA 19073. A federal search warrant for the residence was obtained.

13

49. On July 26, 2017, FBI and BIS agents out of Atlanta and Philadelphia executed the search warrant on Hajavi's condominium in Newtown Square, Pennsylvania. He was questioned but not arrested.

50. Hajavi admitted to continuing to be in the business of purchasing and exporting heavy equipment for overseas customers. He further admitted to having Iranian customers in Iran. He denied knowing that the U.S.-sourced heavy equipment was for end users in Iran. Hajavi acknowledged that he knew that it was illegal for him to ship to Iran. He asserted that he believed that his Iranian customers had businesses in the U.A.E., that his Iranian customers were going to use the exported equipment in the U.A.E., and that he told such customers that they could not send the equipment to Iran.

51. Your affiant has reviewed extensive email correspondence and chats between Hajavi and others, including Maghsoudi, and has seen no discussion in which Hajavi told Maghsoudi or anyone else that the item being exported from the United States must not be transshipped to Iran.

52. Found in a folder in the condominium was a Department of Treasury administrative subpoena from July 2009 advising him that he had attempted to export Caterpillar tractor parts in May 2007 in violation of the Iranian Transaction regulations. The subpoena further stated that commercial transactions with the Government of Iran and persons in Iran were prohibited.

53. Several printouts were found in Hajavi's home office of email exchanges between Hajavi and Maghsoudi on or about September 29, 2012. The emails set forth acquisition and transportation costs for Bobcat skid steer loaders, a type of heavy equipment used for earth moving at construction sites.

54. A review of the email account Hajavi used in this correspondence with Maghsoudi indicates that the email thread had been deleted. Handwritten notes appeared on page 4 of a found hard copy, such as "S330" (a model number for one type of Bobcat" and apparent dollar figures.

55. The 5-page email exchange sets forth three categories of transshipment and other transaction costs, one each for the United States, U.A.E. and Iran phases, among three participants in the transaction, Hajavi, Maghsoudi, and a third person.

56. The first section of the email "Shipment U$", listed in U.S. dollars the apparent expenses associated with buying three Bobcats, two S220s and an S250, in the United States. Among these costs were the apparent agreed purchases prices of the two models, $70,000 and $55,000.

57. The second section, "Dubai Expenses," listed costs associated with transshipping the machinery through the U.A.E. in Dirhams, the U.A.E. currency. These costs included "clearance", "delivery of 3 to Booshehr," a port in Iran, "delivery of S250 to Chabahar", another port in Iran, and "2 roundtrip fares to Dubai and cost of accommodations 5850 Dirhams."

58. The third section, "Domestic charges," listed in Toman, a term for Iran's currency, the costs of completing delivery to the unspecified user at "the Center" in Iran. This section also costs out "clearance costs". Other itemized costs include "transit from Chabahar to Booshehr," transportation from there "to the center plus loading and unloading."

Other investigation

59. Searches of BIS and OFAC licensing databases establish that as recently as February 2019, none of the persons and companies named in this affidavit ever

15

received an export license authorizing the export of heavy equipment from the United States to Iran.

60. Based on the above information and the investigation to date, your affiant believes there is probable cause that Jalal HAJAVI has conspired with MAGHSOUDI and others known and unknown to violate 18 U.S.C. § 554, Smuggling Goods from the United States, by knowingly exporting or sending merchandise, articles or objects contrary to any law or regulation of the Unite States, or facilitating the transportation, concealment or sale of such merchandise, article or object prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit, 50 U.S.C. § 1705(a) and regulations promulgated thereunder, all in violation of 18 U.S.C. § 371.