ORIGINAL

10817063

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 20 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# United States District Court

### NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

JALAL HAJAVI

**WARRANT FOR ARREST**
AGENT TO ARREST

Case Number: 1:19-MJ-0129

Sealed

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JALAL HAJAVI

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him with: combining, conspiring, confederating, agreeing, and having a tacit understanding with others to buy and facilitate the transportation and sale of an Ingersoll Rand Crawler Mounted Rotary Blasthole drill, model DM45E, knowing the same to be intended for exportation contrary to any law and regulation of the United States, to wit, Title 50, United States Code, § 1705(a), in violation of Title 18, United States Code, § 554;

in violation of Title 18 United States Code, § 371.

*Catherine Salinas*

| | |
|---|---|
| CATHERINE M. SALINAS | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |

February 20, 2019
Atlanta, Georgia

Signature of Issuing Officer         Date and Location

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 0 6 2019

_____, Clerk
Deputy Clerk

Bail Fixed at $_____        by _____
                                     Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

FBI

Date Received: 2-20-19          S/A W. Moulds
                                Name and Title of Arresting Officer

Date of Arrest: 2-28-19         _____
                                Signature of Arresting Officer

# 72254-019

ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 20 2019

# United States District Court
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

JALAL HAJAVI

**WARRANT FOR ARREST**
**AGENT TO ARREST**

Case Number: 1:19-MJ-0129

TO:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JALAL HAJAVI

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him with: combining, conspiring, confederating, agreeing, and having a tacit understanding with others to buy and facilitate the transportation and sale of an Ingersoll Rand Crawler Mounted Rotary Blasthole drill, model DM45E, knowing the same to be intended for exportation contrary to any law and regulation of the United States, to wit, Title 50, United States Code, § 1705(a), in violation of Title 18, United States Code, § 554;

in violation of Title 18 United States Code, § 371.

CATHERINE M. SALINAS
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

February 20, 2019
Atlanta, Georgia
Date and Location

Signature of Issuing Officer

Bail Fixed at $_____        by_____
                                  Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 2/20/19

Date of Arrest: 2/28/19

WILLIAM MOULDS   SPECIAL AGENT
Name and Title of Arresting Officer

Signature of Arresting Officer