U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2016R00644)

**1:19-CR-443**

FILED IN OPEN COURT
U.S.D.C. - Atlanta
NOV - 6 2019
By: JAMES N. HATTEN, Clerk
Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO.
UNDER SEAL
MAGISTRATE CASE NO.

X Indictment
DATE: November 6, 2019

Information
DATE:

Magistrate's Complaint 1:17-MJ-608
DATE: July 24, 2017

UNITED STATES OF AMERICA
vs.
JALAL HAJAVI

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes    X No
Will the defendant be arrested pending outcome of this proceeding?    Yes    X No
Is the defendant a fugitive?    Yes    X No
Has the defendant been released on bond?    X Yes    No
Defendant is released on bond from: Pennsylvania
Will the defendant require an interpreter?    Yes    X No

Attorney: Brian M. Pearce
Defense Attorney: