IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:19-CR-443-TWT |
| JALAL HAJAVI, | |
| Defendant. | |

### ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 69] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 35] for violation of the Speedy Trial Act. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 35] is DENIED.

SO ORDERED, this 17 day of February, 2021.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\USA\19\19cr443\r&r.docx